UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60295-CIV-LENARD/O'SULLIVAN

JEAN-LOUIS STUTZMAN, individually and
on behalf of all others similarly situated,

    Plaintiff,

vs.

TILLBERG DESIGN INTERNATIONAL, INC.,
a Florida corporation, and TOMAS
TILLBERG, individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT COUNTS I AND III OF THE AMENDED COMPLAINT BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court following a settlement conference before the undersigned and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid minimum wages under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable

compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, the plaintiff is recovering virtually all the minimum wages due to him for the period alleged in the Amended Complaint (DE# 6, 3/3/11) and full liquidated damages.[1] The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of Count I and Count III of the Amended Complaint (DE# 6, 3/3/11). Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' settlement agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**RECOMMENDED** that Count I and Count III of the Amended Complaint (DE# 6, 3/3/11) be dismissed with prejudice and that the Court **retain jurisdiction of Counts I and III until July 1, 2011** to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this **2nd** day of June, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

---

[1] The parties did not settle the plaintiff's state law claim for back wages.